



# MEMORANDUM OPINION

No. 04-08-00526-CV

**IN RE** Jerry **WANZER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Alma L. López, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and filed:    August 27, 2008

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On July 22, 2008, relator filed a Motion for Leave to File Petition for Writ of Mandamus to Compel Appeal. No leave is required to file a petition for writ of mandamus; therefore, we DENY the motion for leave to file as moot.

Also on July 22, 2008, relator filed a petition for writ of mandamus, asking this court to order the district clerk to forward his notices of appeal. On August 6, 2008, the district clerk filed the notices of appeal in trial cause numbers 04-03-00051-CVK, 06-03-00026-CVK, 06-11-00140-CVK, and 07-09-00132-CVK. Therefore, because the notices of appeal about which relator complains have been filed with this court, we deny relator's petition for writ of mandamus as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause Nos. 04-03-00051-CVK, 06-03-00026-CVK, 06-11-00140-CVK, and 07-09-00132-CVK, filed in the 81st Judicial District Court, Karnes County, Texas.